USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 6 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erika Zorn and Michael Zorn,

                Plaintiffs,                09 CV 3228 (LTS)

- against -

The Mount Sinai Medical Center, Inc., The Mount    **ORDER**
Sinai Hospital, Laboratory Corporation of America,
Peter Gorevic, M.D., Mount Sinai Physicians
Practice Association, Inc., and Mount Sinai
Independent Practice Association, Inc.

                Defendants.

**IT IS HEREBY ORDERED** that defendant **DR. PETER GOREVIC's** time to Answer the plaintiffs' Verified Complaint is hereby extended to **September 24, 2009**.

                SO ORDERED:

                By: _____
                Judge Laura Taylor Swain
                New York, New York

                Date: 9/16/09

TO:    LISA EGGERT LITVIN, ESQ.
        Attorney for Plaintiffs
        98 Villard Avenue
        Hastings on Hudson, New York 10706
        (914) 478-7277

        JOSEPH CHAIKEN AND ASSOCIATES
        Joseph Chaiken, Esq.
        Attorneys for Plaintiffs
        1800 John F. Kennedy Boulevard, 14th Floor
        Philadelphia, PA 19103
        (215) 564-1800

GORDON & SILBER, P.C.
Laura E. Rodgers (0359)
Attorneys for Defendants
**THE MOUNT SINAI MEDICAL CENTER, INC.
THE MOUNT SINAI HOSPITAL AND
DR. PETER GOREVIC**
355 Lexington Avenue, 7th Floor
New York, New York 10017
(212) 834-0600

KELLY, DRYE & WARREN, LLP
Attorneys for Defendant
LABORATORY CORPORATION OF AMERICA
101 Park Avenue
New York, New York 10178
(212) 808-7800

MT. SINAI INDEPENDENT PRACTICE ASSOCIATION INC.
MOUNT SINAI PHYSICIANS PRACTICE ASSOCIATION, INC.
Defendants - *no appearance yet*

{G0009797}PRA                                              2